UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                         :

IN RE:                                                   :

MOTORS LIQUIDATION COMPANY, *et al.*,          :           20-CV-3093 (JMF)
        f/k/a General Motors Corp., *et al.*,          :
                                                     :                   <u>ORDER</u>
                                  Debtors.                      :
                                                     :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       The above-captioned bankruptcy appeal has been assigned to the undersigned for all purposes as related to *In re: General Motors Ignition Switch Litigation*, 14-MD-2543. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

       SO ORDERED.

Dated: April 21, 2020
       New York, New York                                      _____
                                                                      JESSE M. FURMAN
                                                               United States District Judge