# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:

MOTORS LIQUIDATION COMPANY,
     f/k/a General Motors Corporation, et al.,

                Debtors.

------------------------------------------------------------X

 GENERAL MOTOR LLC,

               Appellant,                   20 **CIVIL** 3093 (JMF)

      -against-                               **JUDGMENT**

ROBERT RANDALL BUCHANAN, individually
and as Administrator of the Estate of Glenda Marie
Buchanan,

               Appellee.

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order dated March 22, 2021, The Court has reviewed all of New GM's

remaining arguments and finds them to be without merit. Accordingly, and substantially for the reasons

provided by Judge Glenn, the order of the Bankruptcy Court is AFFIRMED; accordingly, case 20-

CV-3093 is closed.

**Dated:**  New York, New York
       March 23, 2021

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

               **BY:**

                                **Deputy Clerk**